IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JASON J. COLLINS, | § | |
| | § | No. 612, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for Kent County, |
| STATE OF DELAWARE, | § | Cr. ID No. 0904002027 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: January 20, 2015
Decided: January 22, 2015

## **ORDER**

This 22nd day of January 2015, it appears to the Court that, on January 2, 2015, the Clerk issued a notice to show cause, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ Karen L. Valihura
Justice